**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MILADYS TORRES,

   Plaintiff,                                                     CASE NO.:  6:18-CV-01359-CEM-GJK

-vs-

CREDIT COLLECTION SERVICES, INC.,

   Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, MILADYS TORRES, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, MILADYS TORRES, and Defendant, CREDIT COLLECTION SERVICES, INC., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                  */s/ John Distasio*
                                                  John Distasio, Esq.
                                                  Morgan & Morgan, Tampa, P.A.
                                                  One Tampa City Center
                                                  Tampa, FL 33602
                                                  Tele:  (813) 223-5505
                                                  Fax:  (813) 223-5402
                                                  LCrouch@forthepeople.com
                                                  Florida Bar #:  096328
                                                  Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 28, 2019, the foregoing was electronically served via E-Mail to:

Charles J. McHale
GOLDEN SCAZ GAGAIN, PLLC
201 North Armenia Ave.
Tampa, FL  33609-1545

*/s/ John Distasio*
John Distasio, Esq.
Florida Bar #:  096328